

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2014

No. 04-14-00123-CV

Blanca **HERNANDEZ**,
Appellant

v.

**TEXAS DEPARTMENT OF INSURANCE,** Workers' Compensation Division, and Rod
Bordelon, Jr. in his Official Capacity as Commissioner of Workers' Compensation,
Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 12-12-28082-MCV
Honorable Cynthia L. Muniz, Judge Presiding

# O R D E R

The panel has considered the Appellant's Motion for Rehearing, and the motion is
DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 18th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court